**E-FILED**
Wednesday, 15 December, 2010  11:42:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RALPH KINGS,**
**Plaintiff,**

vs.                                                         Case Number:   **09-2227**

**K. SMITH, JOHN DOE, & JOHN DOE,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** pursuant to Fed. R. Civ. Pro. Rule 11 and 41(b), plaintiff's lawsuit is dismissed, with prejudice.  Case dismissed.

ENTER this 15th day of December 2010.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK